# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

JOSHUA WAYNE DOUGLAS,

    Petitioner,

v.                                  CASE NO. 3:17cv381/MCR/GRJ

SECRETARY, DEPT.
OF CORRECTIONS,

    Respondent.

_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 27, 2018. ECF No. 17. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Respondent's Motion to Dismiss, ECF No. 15, is **GRANTED**, and the petition for writ of habeas corpus, ECF No. 1, is **DISMISSED** without prejudice.

3. A certificate of appealability is **DENIED.**

4. The clerk is directed to close the file.

**DONE AND ORDERED** this 2nd day of January 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**